# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MOULTRIE : CIVIL ACTION
:
v. : NO. 09-5113
:
MELVIN S. LOCKETT, *et al*. :

## ORDER

**AND NOW**, this 28th day of June, 2010, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Response to the Petition for Writ of Habeas Corpus (Document No. 14), the Report and Recommendation filed by United States Magistrate Judge Arnold C. Rapoport (Document No. 18) and the petitioner's objections to the Report and Recommendation (Document No. 20), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Rapoport is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

    /Timothy J. Savage
TIMOTHY J. SAVAGE, J.